

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00501-CV

| | | |
|---|---|---|
| DFW INVESTMENT PROPERTIES ENTERPRISES, LLC, Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-334974-22) |
| V. | § | June 22, 2023 |
| ESTEBAN AGUINAGA, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the portion of the trial court's orders granting Esteban Aguinaga's motion for default judgment and denying DFW Investment Properties Enterprises, LLC's motion for new trial and remand to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Esteban Aguinaga shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker